# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4828
_____

MAYPORT HOUSING
PARTNERSHIP, LTD.,

    Petitioner,

v.

ROBERT ALBANI,

    Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

July 18, 2019

PER CURIAM.

    DENIED.

LEWIS, B.L. THOMAS, and ROBERTS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Geddes D. Anderson and Sarah Jeck Hulsberg of Murphy & Anderson, P.A., Jacksonville; Vincent E. Verrocchio and John F. Cooney of Venable LLP, Washington DC, *pro hac vice*, for Petitioner.

J. Michael Lindell of Lindell & Farson, P.A., Jacksonville, for Respondent.